**Opinion issued October 19, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

### NO. 01-21-00145-CV

_____

**JAVA HEIGHTS, LLC, Appellant**

**V.**

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBER RSA52279, Appellee**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-52834A**

---

### MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Countiss.